# SEVENTH COURT OF APPEALS
## SET FOR SUBMISSION ON ORAL ARGUMENT WEDNESDAY, JANUARY 8, 2014
## AT 1:30 P.M.

(Before Justice James T. Campbell, Justice Mackey K. Hancock, Justice Patrick A. Pirtle)

| | | |
|---|---|---|
| **07-12-00527-CV** | Darrin Opaitz v. Gannaway Web Holding, L.L.C., d/b/a Worldnow, Raycom Media, Inc., d/b/a KCBD-TV NewsChannel 11and James Clark | Lubbock County |
| | Lamar D. Treadwell - Appellant | O/A Requested |
| | CRAIG, TERRILL, HALE & GRANTHAM, L.L.P. (Gary Bellair) - Appellees | O/A Requested |
| **07-13-00109-CV** | West Star Transportation, Inc. v. Charles Robison and Cherie Robison | Lubbock County |
| | CRENSHAW, DUPREE, & MILAM, L.L.P. (Robert L. Duncan, Arlene C. Matthews) HANKINSON LLP (Brett Kutnick, Deborah G. Hankinson) - Appellant | O/A Requested |
| | LANIER LAW FIRM, P.C. (W. Mark Lanier, Kevin P Parker) Christopher Carver - Appellees | O/A Requested |
| **07-13-00293-CV** | In the Interest of J.D.H., E.K.H., Z.H.H., Children | Donley County |
| | Earl Griffin, Jr. BIRD, BIRD & RABE (Dale A. Rabe, Jr.) - Appellants | O/A Requested |
| | Texas Department of Family of Protective Services (Michael D. Becker) - Appellee | O/A Requested |